IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLIE BAKER**                                                                                                          **PLAINTIFF**

**v.**                                                        **No. 4:21CV165-JMV**

**PELICIA HALL, ET AL.**                                                                    **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 24th day of February, 2022.

                                                                                    /s/   Jane M. Virden
                                                                                    UNITED STATES MAGISTRATE JUDGE